IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LINDA H. PEACOCK, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:05-0076 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security[1], | ) |
| | ) |
| Defendant. | ) |

### ORDER

Pending before the Court is Plaintiff Linda H. Peacock's ("Plaintiff") Motion for Judgment on the Record ("Plaintiff's Motion") (Doc. No. 11) and Memorandum in Support (Doc. No. 12), to which Defendant Commissioner of Social Security filed a Response (Doc. No. 13), and Plaintiff replied (Doc. No. 14). Magistrate Judge Griffin issued a Report and Recommendation ("Report") (Doc. No. 15) recommending that Plaintiff's Motion be granted to the extent that the case should be remanded to the Administrative Law Judge ("ALJ") to properly evaluate the medical findings of two of Plaintiff's treating psychiatrists. The Report was filed on September 15, 2009, and no objections to the Report have been filed.

Upon review of the record in this case, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS in part** Plaintiff's Motion and **REMANDS** the case to the ALJ to properly evaluate the medical findings of the two Plaintiff's treating psychiatrists.

It is so ORDERED.

Entered this 1st day of November, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of Social Security pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.